ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 05 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. |
| MIGUEL ANGEL VARELA-POSAS, A/K/A MIGUEL ANGEL VARELA-ROSAS; VINCENT GRIFFIN; KEVONNE MASON | **3.26.CR-0009** |

THE GRAND JURY CHARGES THAT:

## Count One

### (False Statements to a Federal Firearms Licensee 18 U.S.C. § 922(a)(6))

On or about August 8, 2025 in the Northern District of Georgia, defendants MIGUEL ANGEL VARELA-POSAS A/K/A MIGUEL ANGEL VARELA-ROSAS, VINCENT GRIFFIN, and KEVONNE MASON, aided and abetted by each other and others known and unknown to the Grand Jury, including S.E.F, in connection with the acquisition of at least one of the following firearms:

- CZ 9mm semi-automatic pistol,
- Beretta 80X Cheetah semi-automatic pistol, serial number Y021215X,
- Beretta 80X Cheetah semi-automatic pistol, serial number Y021190X,
- Beretta 80X Cheetah semi-automatic pistol, serial number Y021212X,
- Beretta M9 semi-automatic pistol, serial number BM078000,
- Beretta M9 semi-automatic pistol, serial number BM078003,
- Beretta M9 semi-automatic pistol, serial number BM078007

did knowingly cause A.M. to make a false and fictitious written statement to Autrey's Armory, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Autrey's Armory as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendants MIGUEL ANGEL VARELA-POSAS A/K/A MIGUEL ANGEL VARELA-ROSAS, VINCENT GRIFFIN, and KEVONNE MASON caused A.M. to falsely represent that A.M. was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

## Count Two

### (Possession of Firearm by Convicted Felon 18 U.S.C. § 922(g)(1))

On or about August 8, 2025, in the Northern District of Georgia, the defendant, MIGUEL ANGEL VARELA-POSAS A/K/A MIGUEL ANGEL VARELA-ROSAS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, criminal damage to property in the first degree, aggravated assault, and possession of a firearm during the commission of a felony, on or about April 5, 2016, in the Superior Court of Gwinnett County Georgia, did knowingly possess a firearm, that is, at least one of the following:

- CZ 9mm semi-automatic pistol,
- Beretta 80X Cheetah semi-automatic pistol, serial number Y021215X,
- Beretta 80X Cheetah semi-automatic pistol, serial number Y021190X,
- Beretta 80X Cheetah semi-automatic pistol, serial number Y021212X,
- Beretta M9 semi-automatic pistol, serial number BM078000,
- Beretta M9 semi-automatic pistol, serial number BM078003,
- Beretta M9 semi-automatic pistol, serial number BM078007

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Count Three

### (Possession of Firearm by Illegal Alien 18 U.S.C. § 922(g)(1))

On or about August 8, 2025, in the Northern District of Georgia, the defendant, MIGUEL ANGEL VARELA-POSAS A/K/A MIGUEL ANGEL VARELA-ROSAS, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, at least one of the following:

- CZ 9mm semi-automatic pistol,
- Beretta 80X Cheetah semi-automatic pistol, serial number Y021215X,
- Beretta 80X Cheetah semi-automatic pistol, serial number Y021190X,
- Beretta 80X Cheetah semi-automatic pistol, serial number Y021212X,
- Beretta M9 semi-automatic pistol, serial number BM078000,
- Beretta M9 semi-automatic pistol, serial number BM078003,
- Beretta M9 semi-automatic pistol, serial number BM078007

said possession being in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5).

## Count 4

### (Possession of Counterfeit Documents 18 U.S.C. § 1546(a))

On or about the January 30, 2026, in the Northern District of Georgia, the defendant, MIGUEL ANGEL VARELA-POSAS, did knowingly possess a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is a Form I-551 Permanent Resident Card, in the name of Angel Garcia, which the defendant knew to be forged and counterfeited in violation of Title 18, United States Code, Section 1546(a).

## Forfeiture Provision

Upon conviction of one or more of the offenses alleged in Counts One through Three of the Indictment, the defendants, MIGUEL ANGEL VARELA-POSAS A/K/A MIGUEL ANGEL VARELA-ROSAS, VINCENT GRIFFIN, and KEVONNE MASON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses.

Upon Conviction of the offense alleged in Count Four, the defendant, MIGUEL ANGEL VARELA-POSAS A/K/A MIGUEL ANGEL VARELA-ROSAS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; any property real or personal that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and any property that was used to facilitate, or was intended to be used to facilitate, the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count Four of this Indictment.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____ True _____ BILL

_____

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

NOAH R. SCHECHTMAN
*Assistant United States Attorney*
Georgia Bar No. 937828

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181